

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2016

No. 04-16-00259-CV

**IN THE INTEREST OF A.P., ET AL., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01950
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

This is an appeal from an order terminating the parental rights of Brittany and Christopher. *See* Tex. R. App. P. 9.8(b)(2) (requiring us to use an aliases to protect the children's identity). Brittany's brief in this appeal was due May 31, 2016, but was not filed. Neither the brief nor a motion for extension of time was filed. Our records show that Brittany's counsel, Mr. Robert Gier, was contacted regarding the overdue brief and Mr. Gier stated he would file a motion with this court. Mr. Gier has not filed any motion with this court.

We therefore order Robert Gier, Brittany's court-appointed appellate attorney, to file Brittany's appellant's brief by June 20, 2016. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

If the brief is not filed by the date ordered, the court may abate the appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned this appeal. *See* Tex. Fam. Code Ann. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2016.



Keith E. Hottle
Clerk of Court